**UNITED STATES DISTRICT COURT**
DISTRICT OF NEW JERSEY

| | |
|---|---|
| CHAMBERS OF<br>ESTHER SALAS<br>UNITED STATES MAGISTRATE JUDGE | MARTIN LUTHER KING COURTHOUSE<br>50 WALNUT ST.<br>ROOM 2060<br>NEWARK, NJ 07101<br>973-297-4887 |

April 30, 2008

**LETTER ORDER**

Re:   **Bricklayers and Allied Craftworkers Union Local 5 of New Jersey Pension and Annuity Funds, et al. v. KTC Construction, Inc. et al.
Civil Action No. 07-442 (HAA)**

Dear Counsel:

Please be advised that the in-person conference scheduled for May 1, 2008, at 12:00 PM is ADJOURNED and rescheduled for **Friday, May 23, 2008, at 2:30 PM.**

**SO ORDERED.**

                                                            *s/Esther Salas*
                                                            **Esther Salas**
                                                            **UNITED STATES MAGISTRATE JUDGE**